IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. ROBINSON, III, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO.  06-4738 |
| v. | : | |
| | : | |
| VERIZON, | : | |
| Defendant. | : | |

## MEMORANDUM

BUCKWALTER, S. J.                                                                                         January 8, 2008

The defendant's motion for summary judgment argues:

(1)     Plaintiff cannot demonstrate a *prima facie* case of race or gender based discriminatory termination; and

(2)     Even if he could, defendant has legitimate non-discriminatory reasons to terminate him.

Defendant's motion was filed and served upon plaintiff on December 6, 2007.  As of the date of this opinion, no response has been filed by plaintiff.

A review[1] of the background regarding defendant Verizon Pennsylvania (1-14), plaintiff's employment at the North Wales Construction Management Center (15-33), plaintiff's breach of his managers' trust (34-39) and his termination (40-47), support defendant's argument for summary judgment.

An order follows.

---

1. References below are to defendant's motion for summary judgment.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. ROBINSON, III, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO.  06-4738 |
| v. | : | |
| | : | |
| VERIZON, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of January, 2008, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED**, and judgment is entered in favor of Defendant Verizon and against Plaintiff Robert C. Robinson, III.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.